FILED: April 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1334
(5:21-cv-00016-EKD-JCH)

_____

CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by Letitia James, Attorney General of the State of New York; COMMONWEALTH OF VIRGINIA EX REL. MARK R. HERRING, ATTORNEY GENERAL

    Plaintiffs - Appellees

v.

NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; EVAN AJIN

    Defendants - Appellants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Harrisonburg |
|---|---|
| Originating Case Number | 5:21-cv-00016-EKD-JCH |
| Date notice of appeal filed in originating court: | 04/02/2024 |
| Appellants | Evan Ajin, Micheal Donovan, Libre by Nexus, Inc., Richard Moore, Nexus Services, Inc. |
| Appellate Case Number | 24-1334 |
| Case Manager | Anisha Walker<br>804-916-2704 |