FILED: June 6, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1334
(5:21-cv-00016-EKD-JCH)

_____

CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by Letitia James, Attorney General of the State of New York; COMMONWEALTH OF VIRGINIA EX REL. JASON S. MIYARES

   Plaintiffs - Appellees

v.

NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; EVAN AJIN

   Defendants - Appellants

------------------------------

LIBRE IMMIGRATION SERVICES, INC.

   Potential Intervenor

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to intervene on

appeal filed by Libre Immigration Services, Inc., the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk