FILED:  June 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 24-1334
(5:21-cv-00016-EKD-JCH)

———————————————

CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF
MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by
Letitia James, Attorney General of the State of New York; COMMONWEALTH
OF VIRGINIA EX REL. JASON S. MIYARES

         Plaintiffs - Appellees

v.

NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN;
RICHARD MOORE; EVAN AJIN

         Defendants - Appellants

———————————————

O R D E R

———————————————

Upon review of the motion to submit on the briefs and the response in
opposition, the court defers consideration of the motion pending assignment of the
case to a panel for pre-argument review.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk