FILED:  October 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 24-1334
(5:21-cv-00016-EKD-JCH)

———————

CONSUMER FINANCIAL PROTECTION BUREAU;
COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE
STATE OF NEW YORK, by Letitia James, Attorney General of the State of
New York; COMMONWEALTH OF VIRGINIA EX REL. JASON S.
MIYARES,

Plaintiffs – Appellees,

v.

NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL
DONOVAN; RICHARD MOORE; EVAN AJIN,

Defendants – Appellants.

———————

O R D E R

———————

For reasons appearing to the court, the court *sua sponte* grants a panel
rehearing for the limited purpose of filing the attached "Revised Opinion."  The court
hereby withdraws its earlier opinion in this case.  *See Consumer Fin. Prot. Bureau
v. Nexus Servs., Inc.*, No. 24-1334 (4th Cir. Oct. 8, 2025), ECF No. 66.

Entered at the direction of Judge King, with the concurrence of Judge Rushing and Judge Benjamin.

For the Court

/s/ Nwamaka Anowi, Clerk